# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **WILLIE EARL PEARSON,** | : | |
| Petitioner, | : | |
| vs. | : | **CIVIL ACTION 10-00385-CG-B** |
| **SAM COCHRAN,** | : | |
| Respondent. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice.

**DONE and ORDERED** this 26th day of October, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE